RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 8-29-05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES REGAN | CIVIL ACTION NO. 05-1240 |
| versus | JUDGE HICKS |
| BOSSIER PARISH PENAL FARM, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff has written the Clerk of Court (Doc. 6) asking the Clerk to forward an attached letter to Judge Hicks. According to Plaintiff, he would send the letter to Judge Hicks directly, but he does not know the address.

The attached letter, which is dated August 17, 2005 and addressed to Judge Hicks, states that, since the filing of this action, Plaintiff gave a deposition in a case involving a deceased inmate, Billy Elliott. Plaintiff alleges that since that deposition, the staff at his institution has threatened his life, held his mail, opened his mail outside of his presence and denied him visitation. Plaintiff claims the deputies at the institution find reasons to cause him problems and/or threaten him. He asks Judge Hicks to help him "get away from this area" before "these people" act on their threats. Plaintiff states he asked Chief Weaver for a transfer, but does not believe Chief Weaver will help him.

Plaintiff's request that a copy of his letter to Judge Hicks be forwarded to Judge Hicks is **granted**. The Clerk is directed to provide a copy of Plaintiff's August 17, 2005 filings to

Judge Hicks' chambers. However, to the extent that Plaintiff's August 17, 2005 letters request this court's assistance in obtaining a transfer, that request is **denied**. According to the United States Supreme Court, this court has no authority to order the State to transfer Plaintiff to another prison. <u>Olim v. Wakinekona</u>, 461 U.S. 238 (1983); <u>Meachum v. Fano</u>, 427 U.S. 215 (1976).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 25 day of August, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 8/29/05
BY: CLP
TO: Judge Hicks -
with copy of Doc #6
and this order